**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **BED BATH & BEYOND INC.** | § | **CIVIL ACTION NO.  2:16-cv-00201** |
| | § | |
| **PLAINTIFF,** | § | |
| | § | **JUDGE ELDON E. FALLON** |
| **VS.** | § | |
| | § | |
| **RICHARDS CLEARVIEW, L.L.C.** | § | **MAGISTRATE JUDGE** |
| | § | **JOSEPH C. WILKINSON, JR.** |
| **DEFENDANT.** | § | |

**BED BATH & BEYOND INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bed Bath & Beyond Inc., by and through its undersigned counsel, hereby discloses the following:

Bed Bath and Beyond Inc. is a publicly traded corporation.  It has no parent company and no publicly-held corporation owns 10% or more of Bed Bath & Beyond Inc.'s shares.

Respectfully submitted,

**BAKER DONELSON BEARMAN**
**CALDWELL & BERKOWITZ, PC**

By:    *s/      Matthew A. Woolf*
Matthew A. Woolf, T.A. (Bar No. 27146)
Brian M. Ballay (Bar No. 29077)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone: (504) 566-5200
Facsimile:  (504) 636-4000
mwoolf@bakerdonelson.com
bballay@bakerdonelson.com
**COUNSEL FOR PLAINTIFF,**
**BED BATH & BEYOND INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of April, 2016, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service was provided by PACER to all represented parties.

_s/   Matthew A. Woolf_____
Matthew A. Woolf

NO MAW 927272 v1
2825888-000007